RECEIVED

2007 MAR 14 A 9: 21

~~~A P. HACKETT, CLK~~
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CASE NUMBER 2:07 CV 225-WHA
ID YR Number

IN FORMA PAUPERIS DECLARATION

---

RENA D. STINSON

VS.

STATE OF ALABAMA

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Rena D. Stinson declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitle to relief.

1. I am not presently employed. I was last employed in March 2004. I worked part time for four weeks in September - October 2005. My salary then was $500.00 while waiting to be sentenced on these present charges.

2. I have not received in the past twelve months any money from any of the following sources? I was sentenced October 24, 2005.

a. Business, profession, or other form of self-employment?
NO.

b. Rent payment, interest, or dividends?
No.

c. Pensions, annuities, or life insurance payment?
No.

3. Do you own cash, or do you have money in a checking or saving account?

As of today December 22, 2006. I have a total of $122.00 in prison account.

4. Do you own any real estate, stocks, bonds, notes automobiles, or other valuable property.

Yes. I own an 1989 GMC Jeep a 1990 van all or not of no value or shape to sell. Over 100, miles on both

5. List the person who are dependent upon you for support, state your relationship to those persons and indicated how much you contributes toward their support. NO ONE

I declare ( or certify, verify, or state) under penalty of of perjury that the foregoing is true and correct.

Executed on December 22, 2006
(date)

_Rena D. Stasw_
Signature of Petitioner

Certificate

I hereby certify that the petitioner herein has the sum of $ 122.19 on account to her credit at the institution where she is confined. I further certify that petitioner likewise has the foregoing securities to her credit according to the record as said NONE

Sergeant Horace Porterfield
AUTHORIZED OFFICER OF INSTITUTION