IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RENA D. STINSON, #234171, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-225-WHA |
| | ) [WO] |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the documents filed by the petitioner, and for good cause, it is

ORDERED that on or before March 30, 2007 the petitioner shall advise the court of the date on which she submitted the petition for mailing. The court notes that the envelope in which the federal habeas petition and other documents were mailed contains a postmark of March 13, 2007.

Done this 15th day of March, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE