IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RENA D. STINSON, #234171, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-225-WHA |
| | ) [WO] |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

It is a rule of this court that if, after considering a prisoner's affidavit for *in forma pauperis* treatment, it is determined that the prisoner is financially able to pay the appropriate filing fee, she must do so.

Upon consideration of the fact that the petitioner had $122.19 in her prison account at the time she filed this petition, it is the opinion of the Magistrate Judge that the petitioner is able to pay the $5.00 filing fee. Accordingly, it is

ORDERED that on or April 4, 2007 the petitioner shall forward to the Clerk of this Court the $5.00 filing fee. It is further

ORDERED that except to the extent that payment is required under this order the petitioner's motion for leave to proceed *in forma pauperis* is hereby GRANTED.

The petitioner is cautioned that if she fails to comply with this order the Magistrate Judge will recommend that her petition be dismissed.

Done this 15th day of March, 2007.

        /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE