IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RENA D. STINSON #234171

    Petitioner,

v.    CIVIL ACTION NO. 2:07-CV-225-WHA

STATE OF ALABAMA, et al.,

    Respondents.

    Petitioner submitted the petition for mailing to your court on 13 March 2007.

    A payment for $5.00 will be mailed to your office during the week of March 19, 2007.

Done this 16 day of March 2007.

                        Rena D. Stinson
                        Pro Se

RECEIVED 2007 MAR 20 A 9:47 P. HACKETT, CL U.S. DISTRICT COURT MIDDLE DISTRICT ALA

RENA D. STINSON
1216 25th Street
Birmingham, Alabama 35234

BIRMINGHAM AL 352
19 MAR 2007 PM 5 L

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-