IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RENA DORSEY STINSON, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:07-CV-225-WHA |
| STATE OF ALABAMA, *et al.*, | ) |
| Respondents. | ) |

**MOTION FOR ENLARGEMENT**

Come now the respondents in the above-styled cause, by and through the Attorney General of the State of Alabama, and respectfully request an enlargement of twenty days in which to respond to this Court's Order to Show Cause based on the following grounds:

1. Rena Dorsey Stinson ("Stinson") filed a petition for writ of habeas corpus in this Court on January 28, 2007[1], challenging her convictions and sentences for two counts of first-degree theft of property and one count of second-degree theft of property adjudicated in the Montgomery County Circuit Court.

2. On March 29, 2007, United States Magistrate Terry F. Moorer ordered the respondents to reply to Stinson's petition on or before April 18, 2007.

---

[1] This is the date Stinson's petition is signed. See Houston v. Lack, 487 U.S. 266 (1988).

3. Counsel for the respondents has been involved in other work in the appellate courts of the State of Alabama and has had insufficient time in which to complete an answer to the habeas petition.

Wherefore, in consideration of the aforementioned reason, the respondents pray that this Honorable Court grant this request for twenty days in which to respond.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:


s/Audrey Jordan
Audrey Jordan
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>16th</u> day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Rena Dorsey Stinson, AIS #234171, Birmingham WR/CWC, 1216 25th Street North, Birmingham, Alabama 35234-3196</u>.

                                          s/Audrey Jordan
                                          Audrey Jordan
                                          Office of the Attorney General
                                          Alabama State House
                                          11 South Union
                                          Montgomery, AL  36130-0152
                                          Telephone: (334) 242-7300
                                          Fax: (334) 242-2848
                                          E-Mail: <u>AJordan@ago.state.al.us</u>

257758/106979