RECEIVED

2007 MAY 23  A 8: 58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RENA D. STINSON
    PETITIONER,

v.   NO. 2:07-CV-225-WHA

STATE OF ALABAMA, et,al.,

    RESPONDENTS.

MOTION FOR ENLARGEMENT

Come now the petitioner in the above style cause, request an enlargement of 20 days due to the complexity of the case. Also, the petitioner needs more time to review the information and respond to the Attorney General's reply.

Respectfully submitted,

*/s/ Rena D. Stinson*

Rena D. Stinson
Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May 2007 that I served a copy of foregoing motion for enlargement to the Office of the Attorney General by U.S. first class postage as follows:

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130

Respectfully submitted,

Rena D. Stinson