IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RENA D. STINSON, #234171,       )
                                  )
        Petitioner,          )
                                  )
v.                           )        CIVIL ACTION NO. 2:07-CV-225-WHA
                                  )
                                  )
STATE OF ALABAMA, et al.,      )
                                  )
        Respondents.       )

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that the petitioner be and is hereby GRANTED an extension from June 11, 2007

to and including July 9, 2007 to file an objection to the Recommendation entered on May 30, 2007.

Done this 25th day of June, 2007.


                   /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE