IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG -9 A 10: 19

RENA D. STINSON,#234171

    Petitioner,

v                    civil action NO.2:07-CV-225-WHA

STATE OF ALABAMA,et al.,

    Respondents

### MOTION TO APPOINT COUNSELOR

Come now Rena D. Stinson, before this Honorable court requesting this court to appoint Petitioner an attorney to represent Petitioner during this complex cause.

Petitioner has limited knowledge of the laws and guidelines relating to Petitioner Constitutional rights..

Petitioner Constitutional rights have already been violated by the circuit court, the prosecution, the montgomery police department and three ineffective assitance of counselors.

Petitioner comes before this court inorder to ensure that Petitioner rights are protected when Petitioner returns to the circuit clerk.

Petitioner has submitted a motion to secure the still shot photos of the actual persons committing the crimes and the surveillance tapes plus the DNA Detective Roberts stated during his interrogation that he had.. This evidence will vindicate Petitioner. As none of Petitioner prior attorneys, did any investigations and the DA did not turn it over according to Brady.

    Petitioner has submitted several motions in the past to the circuit court regarding request for discovery, motion to show cause, motion to obtain information, motion for new trial and most recent motion to secure evidence.

    The on-line case summary will confirm all the many hearings pre trial status calls, etc was held and Petitioner were never notified to appear as well as two initial trial dates were scheduled and Petitioner were never notified of them and only given less than 24 hours notice of the actual trial held on August 22, 2005.

    Petitioner pray that the circuit court will approved Petitioner motion to secure the evidence that will vindicate Petitioner. The still shot photo was of two black ladies and a white lady whom I learend in court to be Ms. Ray. Ms. Ray mentioned the picture during her testimony and the DA my trial attorney and the court ignored it.

    The surviellance tape was in the DA possession according to to attorney May letters.

    As you can see Judge your honor I need the assitance of an attorney inthis complex cause.

DONE THIS 8 DAY OF AUGUST 2007

*Rena D. Stinson*
RENA D. STINSON
Petitioner

Kena D-Stinson
1216 25th St N
Birmingham, AL 35234

BIRMINGHAM AL 352
08 AUG 2007 PM 2 L

OFFICE OF THE CLERK
U.S. District Court
P.O. Box 711
Montgomery, AL 36101