IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RENA D. STINSON, #234171, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-225-WHA |
| | ) |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon consideration of the motion for appointment of counsel filed by the petitioner on August 9, 2007 (Court Doc. No. 18), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 10th day of August, 2007.

        /s/ Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE