IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RENA D. STINSON, )<br>AIS #234171, )<br> )<br>    Petitioner, )<br> )<br>    v. )<br> )<br> )<br>STATE OF ALABAMA, et al., )<br> )<br>    Respondents. ) | CIVIL ACTION NO. 2:07-CV-225-WHA |

**ORDER ON MOTION**

Upon consideration of the motion to re-open case filed by the petitioner on May 20, 2008 (Court Doc. No. 22), and as such action is not appropriate under the circumstances of this case, it is

ORDERED that this motion be and is hereby DENIED.

The petitioner is advised that if she seeks to proceed on claims challenging the constitutionality of her 2005 convictions for theft of property she may do so by filing a new 28 U.S.C. § 2254 petition for habeas corpus relief.  ***However, the petitioner is advised that prior to filing a federal habeas action she should properly and fully exhaust all available state court remedies including any avenue of appeal afforded to her under applicable state rules of procedure.***  See 28 U.S.C. § 2254(1)(b)(1)(A) (A petition for writ of habeas corpus filed by "a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that the applicant has exhausted the remedies available in the courts of the

[convicting] State....").

    Done this 21st day of May, 2008.


                                    /s/ Terry F. Moorer
                            TERRY F. MOORER
                            UNITED STATES MAGISTRATE JUDGE